James A. Kohl
Nevada Bar Number 5692
Howard & Howard Attorneys, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: sek@h2law.com

Peter N. Greenfeld
Admitted *Pro Hac Vice*
AZ Bar Number 020471; CA Bar Number 156375
Law Offices of Peter N. Greenfeld, P.C.
1212 East Osborn Road, Suite 115
Phoenix, Arizona 85014
Telephone: (602) 956-4226
Email: pgreenfeld@azfranchiseelaw.com

*Attorneys for Plaintiff EasyNevada, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EasyNevada, LLC, a Nevada limited liability company, <br><br> Plaintiff <br><br> v. <br><br> easygates, LLC, a Kansas limited liability company; Premier Easy, Inc., a Virginia Corporation <br><br> Defendants | Case No. 2:21-cv-02148- CDS-DJA <br><br> **JOINT REQUEST TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff EasyNevada, LLC ("Plaintiff") by and through their counsel of record, The Law Offices of Peter N. Greenfeld, P.C. and Howard & Howard Attorneys, PLLC, and Defendants easygates, LLC and Premiere Easy, Inc. ("Defendants"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, hereby jointly request that the above-entitled action be dismissed with prejudice,

//

//

//

1   each side to bear their own costs and fees.

2

3        DATED this 15th day of March, 2023

4

5   LAW OFFICES OF PETER N.                    GREENBERG TRAURIG, LLP
    GREENFELD, P.C

6

7   By:__s/Peter N. Greenfeld_____           By:__s/Christian Spaulding_____
        Peter N. Greenfeld                    MARK E. FERRARIO, Esq.
8       Admitted *Pro Hac Vice*               Nevada Bar No. 1625
        Attorney for Plaintiff                CHRISTIAN T. SPAULDING, ESQ.
9                                             Nevada Bar No. 14277
                                              10845 Griffith Peak Dr.
10                                            Suite 600
                                              Las Vegas, NV 89135
11                                            Attorneys for Defendants

12

13        **IT IS SO ORDERED**.

14        **IT IS FURTHER ORDERED** that the stipulation and order to extend time for

15   defendants to respond to first amended complaint [ECF No. 37] is denied as moot.

16        The Clerk of Court is directed to close this case.

17        DATED:    March 15, 2023

18        _____

19        **UNITED STATES DISTRICT JUDGE**

20

21

22

23

24

25

26

27

28